United States Bankruptcy Court

Eastern District of Pennsylvania

In re: **Ana Virginia Cruz**

Case No.: **13-15577-ref**

Ana Virginia Cruz

: CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY REPORT

I, **Ana Virginia Cruz**, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of **SEPTEMBER / 2016**

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: **1/30/17**   _____
                                        Debtor

Date: _____   _____
                                        Debtor

IN THE MATTER OF:     Case No. __13-15577__

__Ana Virginia Cruz__     PETITION FILED: __6-25-13__

                       MONTHLY REPORT NO. __39__

DEBTOR IN POSSESSION     MONTH ENDED __9-30-2016__

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER __13__ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) — __13,762.80__
2. Receipts (Sales) __27,263.97__
    a. Salary and (Commissions) __2,750.17__
    b. Interest or Dividend Income
    c. TOLLS __200.00__
    d. Other (TRUSTEE) __446.03__
    TOTAL RECEIPTS __13,501.17__
3. Disbursements: (PURCHASE) __26,212.26__
    a. Taxes – IRS —
    b. Taxes-State, including any sales tax due —
    c. Taxes- Real Estate —
    d. Other Office Supply —
    e. Utilities (Phone Service) __130.46__
    f. Storage Rent __282.62__
    g. Insurance premiums (TRUCK) __214.29__
    h. Food __726.42__
    i. Medical (Bank fee) __12.79__
    j. TRUCK Repair __1,141.38__
    k. TRUCK expenses Gas __531.02__

CASE NO. 13-15577    MONTH ENDING 9-30-2016

l. Clothing    20.00

m. Gifts – donations    ———

n. Membership –    ———

o. Other. Returns    300.03

TOTAL DISBURSEMENTS    28,052.17

4. Balance at end of reporting period [ (1-2) – 3]    -19,466.07

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C. yes

6. Is all insurance paid up-to-date? yes

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) TD Bank xxxx 7131

BRANCH 1321 Route 22, Phillisburg, NJ 08833

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: N\A

BRANCH: N\A

SCHEDULE A

(2)(d) Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s): N\A

Tuition(s) list name and school(s): N\A

CASE NO. **13-15577**  MONTH ENDING **9-30-2016**

SCHEDULE C

Outstanding obligations: (List payee and date incurred).

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____  **1/30/2017**
SIGNATURE OF DEBTOR(S)        DATE