United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                          : Case No.: 13-15577-ref

Ana Virginia Cruz                               :

                                                :

                                                :

                                                :

                                                : CERTIFICATION OF BUSINESS DEBTOR
Ana Virginia Cruz                                 REGARDING MONTHLY REPORT

I, Ana Virginia Cruz_____, being of full age and duly sworn upon
my oath, depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
APRIL / 2017_____.

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.

        This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.

Date: 6/15/17      _____
                                              Debtor

Date:              _____
                                              Debtor

IN THE MATTER OF:

Ana Virginia Cruz

DEBTOR IN POSSESSION

Case No. 13 - 15577

PETITION FILED: 6-25-13

MONTHLY REPORT NO. 46

MONTH ENDED 4-30-2017

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period)  - 26,403.61

2. Receipts (Sales)  28,626.54

   a. Salary and (Commissions)

   b. Interest or Dividend Income

   c. TOLLS

   d. Other (TRUSTEE)  446.03

     TOTAL RECEIPTS  2,222.93

3. Disbursements (Purchases) 18,882.94

   a. Taxes – IRS

   b. Taxes-State, including any sales tax due

   c. Taxes- Real Estate

   d. Other Office Supply  156.00

   e. Utilities (phone Service)  298.00

   f. Storage Rent  282.31

   g. Insurance premiums (TRUCK)  210.09

   h. Food  544.04

   i. Medical (Bank fee)  142.75

   j. TRUCK Repair  1,011.51

   k. TRUCK expenses Gas  588.10

CASE NO. *13-15577*                    MONTH ENDING *4/30/2017*

l. Clothing

m. *Membership*                    *100.00*

n. *C P A Services*                *245.00*

o. Other *Returns*                 *581.25*

TOTAL DISBURSEMENTS    *23,490.02*

4. Balance at end of reporting period [ (1-2) – 3 ]  *– 21,267.09*

5. Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
obligations and amounts due at end of current period on Schedule C. *yes*

6. Is all insurance paid up-to-date? *yes*

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) *TD Bank xxxx 7131*

BRANCH *1321 Route 22, Phillisburg, NJ 08833*

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: *N|A*

BRANCH: *N|A*

SCHEDULE A

(2)(d) Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s): *N|A*

Tuition(s) list name and school(s): *N|A*

CASE NO. **13-15577**                    MONTH ENDING **4-30-2017**

<u>SCHEDULE C</u>

Outstanding obligations: (List payee and date incurred).

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

SIGNATURE OF DEBTOR(S)                    6/15/17
                                         DATE