United States Bankruptcy Court

Eastern District of Pennsylvania

In re: **Ana Virginia Cruz**

Case No.: **13-15577-ref**

Ana Virginia Cruz

: CERTIFICATION OF BUSINESS DEBTOR
  REGARDING MONTHLY REPORT

I, **Ana Virginia Cruz**, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of **MAY / 2017**.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 7/17/17     _____
                                    Debtor

Date: _____    _____
                                    Debtor

IN THE MATTER OF:    Case No. 13-15577

Ana Virginia Cruz    PETITION FILED: 6-25-13

MONTHLY REPORT NO. 47

DEBTOR IN POSSESSION    MONTH ENDED 5-31-2017

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period)  — 28,626.54

2. Receipts (Sales)  27,206.69

    a. Salary and (Commissions)

    b. Interest or Dividend Income

    c. TOLLS

    d. Other (TRUSTEE)    446.03

    TOTAL RECEIPTS    1,419.85

3. Disbursements: (Purchases)    14,409.85

    a. Taxes – IRS

    b. Taxes-State, including any sales tax due

    c. Taxes- Real Estate

    d. Other Office Supply    92.00

    e. Utilities (Phone Service)    147.46

    f. ) Storage Rent    282.31

    g. Insurance premiums (TRUCK)    210.12

    h. Food    527.94

    i. Medical (Bank fee)    43.41

    j. TRUCK Repair

    k. TRUCK expenses Gas    640.67

CASE NO. **13-15577**             MONTH ENDING **5-31-2017**

    l. Clothing          20.00

    m. Gifts – donations

    n. Membership –

    o. Other, Returns          509.72

TOTAL DISBURSEMENTS      $17,879.46

4. Balance at end of reporting period [ (1-2) – 3]   – 16,454.61

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C. **yes**

6. Is all insurance paid up-to-date? **yes**

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) **TD Bank xxxx 7131**

BRANCH **1321 Route 22, Phillisburg, NJ 08833**

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: **N/A**

BRANCH: **N/A**

SCHEDULE A

(2)(d) Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s): **N/A**


Tuition(s) list name and school(s): **N/A**

CASE NO. **13-15577**                                         MONTH ENDING **5-31-2017**

SCHEDULE C

Outstanding obligations: (List payee and date incurred).

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____                          **7/17/17**
SIGNATURE OF DEBTOR(S)                              DATE