United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 13-15577-elf
Ana Virginia Cruz                                                                   Chapter 13
                Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi          Page 1 of 2          Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW      Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
db           +Ana Virginia Cruz,    442 Vista Drive,   Easton, PA 18042-7254
smg          +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,   Reading, PA 19601
smg          +Dun & Bradstreet, INC.,    3501 Corporate Pkwy.,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
cr           +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr           +PNC Mortgage, as Servicer,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13085813      AMERICAN EXPRESS,    P.O. BOX 1270,    NEWARK, NJ  07101-1270
13085814     +APOTHAKER & ASSOCIATES, p.c.,    520 FELLOWSHIP ROAD, C306,    MOUNT LAUREL, NJ 08054-3410
13168308      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13160145      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13085818     +BANK OF AMERICA,    P.O. BOX 15019,    WILMINGTON, DE 19850-5019
13085815      BANK OF AMERICA,    P.O. BOX 15796,    WILMINGTON, DE  19886-5796
13085817     +BANK OF AMERICA,    P.O. BOX 21848,    GREENSBORO, NC 27420-1848
13102833     +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
               20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
13085819      CHASE CARD SERVICE,    P.O. BOX 15153,    WILMINGTON, PA  19886-5153
13099837     +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13085821      NEFCU,    P.O. BOX 9003,    WESTBURY, NY  11590-9003
13085822      NEFCU INSTALLMENT LOAN,    P.O. BOX 9003,    WESTBURY, NY  11590-9003
13085823      NEFCU VISA,    P.O. BOX 37603,    PHILADELPHIA, PA  19101-0603
13085824      NISSAN MOTOR ACCEPTANCE CORPORATION,    P.O. BOX 660360,    DALLAS, TX  75266-0360
13098588      Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
13440324     +PNC Bank, National Association,    c/o Thomas Puleo, Esq.,    701 Market Street, Ste 5000,
               Philadelphia, PA 19106-1541
13085825      PNC MORTGAGE,    P.O. BOX 1820,    DAYTON, OH  45401-1820
13099696     +PNC Mortgage,    3232 Newmark Dr,    Miamisburg, OH 45342-5433
13099394     +Thomas L. Lightner, Esq.,    Lightner Law Offices, P.C.,    4652 Hamilton Blvd.,
               Allentown, PA 18103-6021
13085826     +VALLEY NATIONAL BANK,    P.O. BOX 558,   WAYNE, NJ 07474-0558
13123114     +Valley National Bank,    1445 Valley Road,    Wayne, NJ 07470-8438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2019 03:23:02
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2019 03:23:14    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13085820      E-mail/Text: mrdiscen@discover.com Jul 17 2019 03:22:35     DISCOVER BANK,   P.O. BOX 71084,
               CHARLOTTE, NC  28272-1084
13102946      E-mail/Text: mrdiscen@discover.com Jul 17 2019 03:22:35     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13162690      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:20:05
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 5


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
cr*          +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd., Suite 100,
               Woodland Hills, CA 91364-6207
13176966*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13085816*     BANK OF AMERICA,    P.O. BOX 15796,    WILMINGTON, DE  19886-9395
cr           ##+BANK OF AMERICA, N.A.,    P.O. Box 26012, NC4-105-02-99,    GREENSBORO, NC 27420-6012
13117703     ##+Bank of America, N.A.,    Bk. Dept.,,   P.O. Box 26012, NC4-105-02-99,
               Greensboro, North Carolina 27420-6012
                                                                           TOTALS: 0, * 15, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Randi              Page 2 of 2              Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW          Total Noticed: 34
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
          FREDERICK L. REIGLE     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS L. LIGHTNER    on behalf of Debtor Ana Virginia Cruz tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                              TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Ana Virginia Cruz

               Debtor(s)                                        Bankruptcy No: 13−15577−elf

                                                              Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN
THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be
filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the
entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from
the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

400 Washington Street
Suite 300
Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and
Account and enter the Order of Discharge.

                                                   For The Court
                                              Timothy B. McGrath
                                              Clerk of Court

Dated: 7/16/19